**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 481 MAL 2020
:
Respondent  :
:
:
:
v.  :
:
:
JORDAN MICHAEL WALLICK,  :
:
Petitioner  :
:

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of January, 2021, the Motion to Quash Petition for Allocatur/Petition for Allocatur Nunc Pro Tunc is **GRANTED**. The Petition for Allowance of Appeal is **DISMISSED**, without prejudice.